**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6486**

───────────

RICHARD PAUL COTE,

        Petitioner - Appellant,

    v.

WARDEN GRAHAM,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:24-cv-02859-BHH)

───────────

Submitted:  December 18, 2025           Decided:  December 22, 2025

───────────

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Richard Paul Cote, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Paul Cote, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Cote's 28 U.S.C. § 2241 petition in which Cote challenged the execution of his sentence. The district court found in part that Cote failed to exhaust his administrative remedies for the claim Cote raises on appeal and that Cote failed to demonstrate that exhaustion would have been futile. We have reviewed the record and find no reversible error. Accordingly, we grant Cote's motion to file a supplemental informal brief and affirm the district court's order. *Cote v. Graham*, No. 2:24-cv-02859-BHH (D.S.C., May 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*